Submitted on record and briefs April 25, reversed and remanded for new trial
May 29, 1996

In the Matter of Gerald Weyeneth,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

GERALD WEYENETH,
*Appellant.*

(9511-73201; CA A91193)

917 P2d 75

Thomas A. Coleman filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jas. Adams, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Appellant appeals a judgment of civil commitment. ORS 426.130. He contends that the trial court did not fully advise him of his statutory rights under ORS 426.100(1). The state concedes that the trial court erred, and we agree. *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for new trial.